ACCEPTED
04-15-00435-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/26/2015 3:48:29 PM
KEITH HOTTLE
CLERK

## No. 04-15-00435-CV

IN THE COURT OF APPEALS FOR THE
FOURTH DISTRICT OF TEXAS AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/26/2015 3:48:29 PM
KEITH E. HOTTLE
Clerk

AUGLLE, LLC, WRAP IT UP, LLC, JAMES A. MCVEY, JR., INDIVIDUALLY AND
VALDIS KARLIS GRAVIS KRUMINS, INDIVIDUALLY,
*Appellants*

**V.**

DAVID A. MONROE, E-WATCH CORPORATION, E-WATCH, INC.,
EACH INDIVIDUALLY AND AS A MEMBER OF
POWER SURVEILLANCE CORPORATION LLC,
*Appellees*

## AGREED MOTION TO DISMISS THE APPEAL

TO THE HONORABLE COURT OF APPEALS:

Appellants Auglle, L.L.C., Wrap It Up, L.L.C., James A. McVey, Jr., and Valdis Karlis Gravis Krumins ("Appellants") file this agreed motion and respectfully request that the Court dismiss the appeal. *See* Tex. R. App. P. 10.1(a); Tex. R. App. P. 42.1(a)(1).

This is an interlocutory appeal from an order imposing a temporary injunction issued on June 30, 2015 in Cause No. 2015-CI-07230 by the 225th Judicial District Court in Bexar County, Texas. On September 23, 2015, the Court abated the appeal at the unopposed request of Appellants to permit the parties to the dispute to engage in settlement discussions.

1

As a result of those discussions, the parties have reached a comprehensive settlement of their disputes, including the current appeal and the underlying suit currently pending in the 225th District Court. Accordingly, the parties have agreed that the pending appeal should be dismissed.

For these reasons, Appellants respectfully request that the Court (1) dismiss the appeal, (2) order that each party bear its own costs of appeal, (3) promptly issue the mandate, and (4) order any other relief to which the parties may be justly entitled.

Respectfully submitted,

*/s/ Karen S. Precella*
**Haynes and Boone, LLP**
Karen S. Precella
State Bar No. 16245550
*karen.precella@haynesboone.com*
301 Commerce Street, Suite 2600
Fort Worth, Texas 76102
Telephone: (817) 347-6620
Telecopier: (817) 348-2367

William B. Nash
State Bar No. 14812200
*bill.nash@haynesboone.com*
112 East Pecan Street, Suite 1200
San Antonio, Texas 78205
Telephone: (210) 978-7477
Facsimile: (210) 554-0484

Ben L. Mesches
State Bar No. 24032737
*ben.mesches@haynesboone.com*
Ryan Paulsen
State Bar No. 24060397
*ryan.paulsen@haynesboone.com*
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5234
Telecopier: (214) 200-0913

**Oliva, Saks, Garcia & Curiel, LLP**
Carlo Garcia
State Bar No. 00790744
*cglaw@osgclaw.com*
14255 Blanco Road
San Antonio, Texas 78216
Telephone: 210-265-6730
Telecopier: 210-308-6939

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Counsel for Appellees, Frank Guerra, on October 26, 2015, concerning this Motion, who stated that Appellees agree to the Motion.

/s/ *Ben L. Mesches*
Ben L. Mesches

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the following parties via (1) e-service through EFile.txcourts.gov and/or (2) email on the 26th day of October, 2015.

*Counsel for Appellees*:

Louis A. Vetrano, Jr.
2502 Huebner Park
San Antonio, Texas 78248
Telephone: (210) 862-5786
*lvetrano@flash.net*

Mikal Watts
*mwatts@wattsguerra.com*
Mark Anthony Fassold
*mfassold@wattsguerra.com*
Francisco Guerra IV
*fguerra@wattsguerra.com*
Jorge Mares
*jmares@wattsguerra.com*
WATTS GUERRA LLP
4 Dominion Drive
Bldg. 3, Ste. 100
San Antonio, Texas 78257

/s/ *Karen S. Precella*
Karen S. Precella

15415311

4